# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| **Lawton Limehouse, Jr.,** | ) | **Civil Action No.: 2:06-1379-CWH** |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | |
| | ) | |
| **Paul H. Hulsey and The Hulsey** | ) | |
| **Litigation Group, LLC,** | ) | |
| **Defendants.** | ) | **ORDER** |
| _____ | ) | |
| **Lawton Limehouse, Sr.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.: 2:06-1380-CWH** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Paul H. Hulsey and The Hulsey** | ) | |
| **Litigation Group, LLC,** | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

On April 19, 2006, the plaintiffs commenced these actions in state court raising state law claims of libel and slander (collectively referred to as the "defamation claims"). The defendants removed the cases alleging that the Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331. On June 2, 2006, the plaintiffs moved to remand the cases to state court.

After analyzing the complaints and briefs and hearing arguments from the parties, the Court holds that federal question jurisdiction is not present in these cases. Accordingly, both actions are remanded to state court.

**AND IT IS SO ORDERED**.     _____
                              **C. WESTON HOUCK**
                              **UNITED STATES DISTRICT JUDGE**

July 19, 2006
Charleston, South Carolina